FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
HUNTSVILLE DIVISION

JORDON JACKSON,
KENDRA JONES,
TERRY MATTHEWS III, and
SIMEON SYKES,

*Plaintiffs*,

v.

MADISON COUNTY BOARD OF REGISTRARS; LYNDA HAIRSTON, in her official capacity as Chairman of the Madison County Board of Registrars; and JOHN MERRILL, in his official capacity as Secretary of State of Alabama,

*Defendants*.

Civil Case No. ________________

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(b), and for the reasons set forth in the attached memorandum of law, Plaintiffs Jordon Jackson, Kendra Jones, Terry Matthews III, and Simeon Sykes (collectively, "Plaintiffs"), respectfully request that this Court enter a temporary restraining order and injunction compelling Defendants Madison County Board of Registrars, Lynda Hairston, Chairman of the Board of Registrar, and Alabama Secretary of State John Merrill (collectively, "Defendants") to certify and count provisional ballots cast by Plaintiffs on November 6, 2018.

Plaintiffs further request that this Court issue an order declaring that any voter forced to cast a provisional ballot notwithstanding their submission of a voter registration form on or before October 22, 2018, shall have their provisional ballot accepted and counted; and requiring

Defendants to implement procedures such that all timely submitted voter registration applications are processed in time for a registrant to be validly registered and able to cast a regular ballot on election day, including but not limited to training and monitoring registration officials.

Plaintiffs further request expedited consideration of this motion and a hearing, with notice, at the Court's earliest possible availability. Defendant Madison County Board of Registrars is in the process of certifying ballots and will complete this process on Friday, November 9, 2018. Absent the requested injunctive relief, Plaintiffs will be denied their right to have their ballots counted.

In support of this motion, Plaintiffs rely upon the attached Memorandum of Law in Support of Plaintiffs' Emergency Motion for a Temporary Restraining Order.

Respectfully submitted on November 8, 2018.

*/s/* Kerri Johnson Riley_____
Kerri Johnson Riley
**KERRI JOHNSON RILEY, PC**
120 Holmes Avenue, Suite 403
Huntsville, AL 35801
Phone: (256) 535-0800
Fax: (256) 535-0834
kjr@kerrijohnsonriley.net

Catherine Meza**
Daniel Harawa**
Kerrel Murray**
*Counsel for Plaintiffs*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592

cmeza@naacpldf.org
dharawa@naacpldf.org
kmurray@naacpldf.org

**Motions for Pro Hac Vice pending*

*Counsel for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

I certify that on November 8, 2018, I conferred with Jeff Rich, Madison County Attorney, before filing this emergency motion. Mr. Rich requested a copy of the documents to be filed, which have been provided to him. At the time of filing, Mr. Rich has not indicated that Defendants will provide the relief requested herein. Accordingly, it is expected that this motion is opposed by the County Defendants. Further, I certify that on November 8, 2018, I attempted to contact Brent Beal, attorney for the secretary of state, and an assistant attorney general, and at the time of filing, have not established contact. Accordingly, this motion must be considered opposed by all Defendants.

/s/ Kerri Johnson Riley
Kerri Johnson Riley

**SERVE WITH SUMMONS AND COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
HUNTSVILLE DIVISION**

| | |
|---|---|
| JORDON JACKSON,<br>KENDRA JONES,<br>TERRY MATTHEWS III, and<br>SIMEON SYKES,<br><br>*Plaintiffs*,<br><br>v.<br><br>MADISON COUNTY BOARD OF REGISTRARS; LYNDA HAIRSTON, in her official capacity as Chairman of the Madison County Board of Registrars; and JOHN MERRILL, in his official capacity as Secretary of State of Alabama,<br><br>*Defendants*. | Civil Case No. ___________________ |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

The Court has considered the emergency motion for a temporary restraining order, filed on November 8, 2018, by Plaintiffs Jordon Jackson, Kendra Jones, Terry Matthews III, and Simeon Sykes (collectively, "Plaintiffs"), against Defendants Madison County Board of Registrars, Lynda Hairston, Chairman of the Board of Registrar, and Alabama Secretary of State John Merrill (collectively, "Defendants").

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Emergency Motion for a Temporary Restraining Order, the Court hereby GRANTS Plaintiffs' Emergency Motion for a Temporary Restraining Order and FINDS and ORDERS as follows:

Plaintiffs have a substantial likelihood of succeeding on the merits of their claims. If the emergency relief requested by Plaintiffs is not granted, Plaintiffs will suffer imminent and

irreparable harm to their statutory and constitutional rights to vote free from discrimination based on race or age. The threatened injury if the temporary restraining order is denied outweighs any harm that would result from its issuance. The grant of a temporary restraining order will serve the public interest.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants, together with their agents, servants, employees, attorneys, and those persons in active concert or participation with them, are compelled to certify and count the provisional ballots cast by Plaintiffs on November 6, 2018; that any voter forced to cast a provisional ballot notwithstanding their submission of a voter registration form on or before October 22, 2018, shall have their provisional ballot accepted and counted; and that Defendants shall implement procedures such that all timely submitted voter registration applications are processed in time for a registrant to be validly registered and able to cast a regular ballot on election day, including but not limited to training and monitoring registration officials.

The Clerk of this Court shall issue a Temporary Restraining Order in conformity with the law and according to the terms herein ordered.

This order will expire at the end of fourteen (14) days from the time and date of its issuance by the Clerk of this Court.

SIGNED on November ___, 2018 at ______ a.m./p.m.

______________________________________

The Honorable__________________________

United States District Judge