FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
HUNTSVILLE DIVISION**

JORDON JACKSON,
KENDRA JONES,
TERRY MATTHEWS III, and
SIMEON SYKES,

*Plaintiffs*,

v.

MADISON COUNTY BOARD OF REGISTRARS; LYNDA HAIRSTON, in her official capacity as Chairman of the Madison County Board of Registrars; and JOHN MERRILL, in his official capacity as Secretary of State of Alabama,

*Defendants*.

Civil Case No. ____________

**DECLARATION OF CATHERINE MEZA**

CATHERINE MEZA declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and competent to make this declaration. I am an attorney with the NAACP Legal Defense & Educational Fund, Inc., am admitted to practice law, *inter alia*, in all of the courts of the District of Columbia, and United States District Court for the Southern District of New York. My Application for Admission *Pro Hac Vice* is pending before this District in the above-captioned matter. I submit this declaration on behalf of the Plaintiffs to provide the Court true and correct copies of certain documents submitted in connection with Plaintiffs' Motion for Temporary Restraining Order.

2. A true and correct copy of the Declaration of Cindy Allen, dated Nov. 8, 2018, is attached hereto as Exhibit A.

3. A true and correct copy of the Declaration of Virginia Bailey, dated Nov. 8, 2018, is attached hereto as Exhibit B.

4. A true and correct copy of the Declaration of Jordon Jackson, dated Nov. 8, 2018, is attached hereto as Exhibit C.

5. A true and correct copy of the Declaration of Terry Matthews III, dated Nov. 7, 2018, is attached hereto as Exhibit D.

6. A true and correct copy of the Declaration of Simeon Sykes, dated Nov. 7, 2018, is attached hereto as Exhibit E.

7. A true and correct copy of the Declaration of Kendra Jones, dated Nov. 7, 2018, is attached hereto as Exhibit F.

8. A true and correct copy of the Declaration of Lamar Lee Jr., dated Nov. 7, 2018, is attached hereto as Exhibit G.

9. A true and correct copy of the Registration Search Information results displayed by AlabamaVotes.org for Jordon Jackson, accessed Nov. 8, 2018, is attached hereto as Exhibit H.

10. A true and correct copy of the Registration Search Information results displayed by AlabamaVotes.org for Kendra Jones, accessed Nov. 8, 2018, is attached hereto as Exhibit I.

11. A true and correct copy of the Registration Search Information results displayed by AlabamaVotes.org for Terry Matthews III, accessed Nov. 8, 2018, is attached hereto as Exhibit J.

12. A true and correct copy of the Registration Search Information results displayed by AlabamaVotes.org for Simeon Sykes, accessed Nov. 8, 2018, is attached hereto as Exhibit K.

13. A true and correct copy of the Polling Place Search Information results displayed by AlabamaVotes.org for Jordon Jackson, accessed Nov. 8, 2018, is attached hereto as Exhibit L.

14. A true and correct copy of the Polling Place Search Information results displayed by AlabamaVotes.org for Kendra Jones, accessed Nov. 8, 2018, is attached hereto as Exhibit M.

15. A true and correct copy of the Polling Place Search Information results displayed by AlabamaVotes.org for Terry Matthews III, accessed Nov. 8, 2018, is attached hereto as Exhibit N.

16. A true and correct copy of the Polling Place Search Information results displayed by AlabamaVotes.org for Simeon Sykes, accessed Nov. 8, 2018, is attached hereto as Exhibit O.

17. A true and correct copy of the Provisional Ballot Search Information results displayed by AlabamaVotes.org for Jordon Jackson, accessed Nov. 8, 2018, is attached hereto as Exhibit P.

18. A true and correct copy of the Provisional Ballot Search Information results displayed by AlabamaVotes.org for Kendra Jones, accessed Nov. 8, 2018, is attached hereto as Exhibit Q.

19. A true and correct copy of the Provisional Ballot Search Information results displayed by AlabamaVotes.org for Terry Matthews III accessed Nov. 8, 2018, is attached hereto as Exhibit R.

20. A true and correct copy of the Provisional Ballot Search Information results displayed by AlabamaVotes.org for Simeon Sykes, accessed Nov. 8, 2018, is attached hereto as Exhibit S.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: November 8, 2018

Catherine Meza

Catherine Meza