FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
HUNTSVILLE DIVISION

JORDON JACKSON, et al.

Plaintiffs,

v.

MADISON COUNTY BOARD OF REGISTRARS, et al.,

Defendant.

Civil Action No. ____________

DECLARATION OF CINDY ALLEN

1. My name is Cindy Allen. I reside at REDACTED REDACTED

2. I am a member of the nonpartisan group Indivisible 5th. Part of our mission focuses on voter registration and voter engagement.

3. As part of that mission I helped collect completed voter registration forms and submitted them in person to the Madison County Board of Registrars. This included applications that were completed by Alabama A & M University students. Alabama A & M University is a historically black university. We visited campus on several occasions for voter and engagement drives. We spent over 10 days this year in those efforts.

4. I often visited the Board of Registrars' office to check into problems that I had heard that students were having with registration. On one of these occasions, in a conversation

with Lynda Hairston, she stated to me that "we don't have these problems at UAH." UAH is the University of Alabama-Huntsville; it is a predominantly white engineering school.

5. I was dismayed at the implication of the comparison to UAH because of the differing racial compositions of the schools. I was concerned that it suggested that Alabama A & M students would be treated differently from students from other schools. I also took this to be suggesting that A & M students were somehow less competent or capable of registering to vote or effectively exercising their right to vote.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 8, 2018

Cindy Allen _(*signature*)

*Print Name*: Cindy Allen