FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**HUNTSVILLE DIVISION**

JORDON JACKSON, et al.,

Plaintiffs,

v.

MADISON COUNTY BOARD OF REGISTRARS, et al.

Defendant.

Civil Action No. ____________

DECLARATION OF VIRGINIA BAILEY

1. My name is Virginia Bailey. I reside at REDACTED REDACTED

2. I'm member of the nonpartisan group Indivisible 5th. Part of our mission focuses on voter registration and voter engagement.

3. As part of that mission I helped collect completed voter registration forms and submitted them in person to the Madison County Board of Registrars. This included applications that were completed by Alabama A & M University students. Alabama A & M University is a historically black university.

4. Once, when I returned applications from Alabama A & M, the registration-intake clerk made a snide comment about the applications—that the Registrar's Office "has to do a voter

drive there every year" and that they "usually only get four or five." I took him to be putting down the engagement and desire of the students at A & M to register and exercise their right to vote.

5. Another time, I brought in a stack of applications from Oakwood University, which is also a historically black university. The same registration-intake clerk made a similar snide comment. This time, before he ever saw the applications, he said, "these are not going to go through." When I asked him why, he said nothing and started looking through the applications. I took his statement, again, to be putting down the ability of the Oakwood students to register and exercise their right to vote.

6. On election day, November 6, 2018, I was at the polling place on the A & M campus. There were significant problems at the polling place. The polling place ran out of provisional ballots multiple times throughout Election Day. The result was that there were hour-long wait times to cast provisional ballots, and I believe that at least some students left without voting.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 8, 2018

Virginia Bailey *(signature)*

*Print Name*: Virginia Bailey