FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**HUNTSVILLE DIVISION**

| | |
|---|---|
| JORDON JACKSON, et al.,<br><br>Plaintiffs,<br><br>v.<br>MADISON COUNTY BOARD OF REGISTRARS, et al.,<br><br>Defendant. | Civil Action No. ____________________ |

DECLARATION OF JORDON JACKSON

1. My name is Jordon Jackson, and I am a student at Alabama A&M University.

2. My address is REDACTED, in Madison County.

3. I am eligible to vote in Madison County, Alabama.

4. I registered to vote on October 14, 2018 by submitting a paper registration form at a voter registration drive.

5. After registering, I did not receive a voter card confirming my registration.

6. I was never contacted by County officials about my registration being incomplete, incorrect, or rejected.

7. On election day, I went to my polling place on the A&M campus, but my name was not on the voter roll.

8. I was directed to cast a provisional ballot by the poll worker, which I did. I was surprised because my friends Indya Gima and Brelle (Bree) Wright registered at the same time I did and they were able to vote with regular ballots.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 8, 2018

______________________________(*signature*)

Jordon Jackson