FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
HUNTSVILLE DIVISION

JORDON JACKSON, et al.,

Plaintiffs,

v.

MADISON COUNTY BOARD OF REGISTRARS, et al.,

Defendant.

Civil Action No. ____________

DECLARATION OF Kendra Jones

1. My name is Kendra Jones, and I am a student at Alabama A&M University.

2. My address is REDACTED In Madison County (~~Huntsville address~~).

3. I am eligible to vote in Madison County, Alabama.

4. I registered to vote on 10/10/2018 (*date*) ~~by submitting a paper registration form at a voter registration drive.~~ online registration

5. After registering, I **did**/**did not** (*circle one*) receive a voter card confirming my registration.

6. I was never contacted by County officials about my registration being incomplete, incorrect, or rejected.

7. On election day, I went to my polling place on the A&M campus, but my name was not on the voter roll.

8. I was directed to cast a provisional ballot by the poll worker, which I did.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 11/7/2018

Kendra Jones (signature)

*Print Name*: Kendra Jones