FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
HUNTSVILLE DIVISION

JORDON JACKSON, et al.

Plaintiffs,

v.

MADISON COUNTY BOARD OF REGISTRARS, et al.

Defendant.

Civil Action No. ____________

DECLARATION OF Lamar Lee JR

1. My name is Lamar Lee JR, and I am a student at Alabama A&M University.

2. My address is REDACTED - In Madison County ~~Huntsville address~~).

3. I am eligible to vote in Madison County, Alabama.

4. I registered to vote on Mid October (*date*) by submitting a paper registration form at a voter registration drive.

5. After registering, I **did**/**did not** (*circle one*) receive a voter card confirming my registration. [circled: did not]

6. I was never contacted by County officials about my registration being incomplete, incorrect, or rejected.

7. On election day, I went to my polling place on the A&M campus, ~~but~~ and my name was [redacted] on the voter roll. I was surprised to hear that my friend, terry matthews III, was not on the voter roll because we registered together.

8. ~~I was directed to cast a provisional ballot by the poll worker, which I did.~~ I was able to cast a regular ballot

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 11/7/18

_______________ (*signature*)

~~*Print Name*:~~