FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT K



AlabamaVOTES.gov
The State of Alabama's Official Election Center

A Public Service of
Secretary of State John H. Merrill
Toll Free: 1-800-274-8683



# Registrant Search Information

## Registrant Detail

| | |
|---|---|
| **Name:** | SIMEON WILLIAM SYKES |
| **Status:** | ACTIVE |
| **Reason:** | ACTIVE REGISTRANT |

## Districts

| DISTRICT NAME | DISTRICT TYPE |
|---|---|
| CO COMM DIST 06 | COMMISSION |
| HUNTSVILLE MUNI DIST | MUNICIPALITY |
| CITY SCHOOL BOARD DIST 01 | LOCAL SCHOOL |
| CO SCHOOL BOARD DIST 00 | COUNTY SCHOOL |
| HSV CITY COUNCIL DIST 01 | CITY |
| CONGRESSIONAL DIST 05 | CONGRESSIONAL |
| STATE SENATE 07 | SENATE |
| STATE HOUSE 19 | STATE HOUSE |
| STATE BOE DIST 08 | STATE SCHOOL |



© Copyright 2018 ESSVR, LLC. All rights reserved.
© Voter View 3.3.1480.0