FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT M



AlabamaVOTES.gov
The State of Alabama's Official Election Center

A Public Service of
Secretary of State John H. Merrill
Toll Free: 1-800-274-8683

HOME | REGISTRATION INFORMATION | POLLING PLACE | PROVISIONAL BALLOT | ABSENTEE BALLOT

# Polling Place Search Information

## Upcoming Election Detail

No upcoming elections

## Default Polling Place Detail

| | |
|---|---|
| **Name:** | PCT. 01 - A & M UNIVERSITY NEW GYM |
| **Address:** | 4900 MERIDIAN ST NW |
| **City:** | NORMAL |
| **State:** | AL |
| **Zip Code:** | 35762 |
| **Location Description:** | No information available |

## Districts

| DISTRICT NAME | DISTRICT TYPE |
|---|---|
| CO COMM DIST 06 | COMMISSION |
| HUNTSVILLE MUNI DIST | MUNICIPALITY |
| CITY SCHOOL BOARD DIST 01 | LOCAL SCHOOL |
| CO SCHOOL BOARD DIST 00 | COUNTY SCHOOL |
| HSV CITY COUNCIL DIST 01 | CITY |
| CONGRESSIONAL DIST 05 | CONGRESSIONAL |
| STATE SENATE 07 | SENATE |
| STATE HOUSE 19 | STATE HOUSE |
| STATE BOE DIST 08 | STATE SCHOOL |

Voter View Mobile
Registration Information Polling Place Provisional Ballot Absentee Ballot

© Copyright 2018 ESSVR, LLC. All rights reserved.
® Voter View 3.3.1480.0