FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT P



AlabamaVOTES.gov
The State of Alabama's Official Election Center

A Public Service of
Secretary of State John H. Merrill
Toll Free: 1-800-274-8683

HOME | REGISTRATION INFORMATION | POLLING PLACE | PROVISIONAL BALLOT | ABSENTEE BALLOT

# Provisional Ballot Search Information

## Voter Information

| | |
|---|---|
| **Name:** | JORDON NICOLE JACKSON |

## Ballot Detail

| | |
|---|---|
| **Election Date:** | 11/06/2018 |
| **Election Name:** | 2018 GENERAL ELECTION |
| **Ballot Status:** | REJECTED |
| **Ballot Status Reason:** | NOT REG AT TIME OF ELECTION |

Voter View Mobile
Registration Information Polling Place Provisional Ballot Absentee Ballot

© Copyright 2018 ESSVR, LLC. All rights reserved.
® Voter View 3.3.1480.0