FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT Q




HOME | REGISTRATION INFORMATION | POLLING PLACE | PROVISIONAL BALLOT | ABSENTEE BALLOT

# Provisional Ballot Search Information

## Voter Information

**Name:** KENDRA ELIZABETH JONES

## Ballot Detail

**Election Date:** 11/06/2018
**Election Name:** 2018 GENERAL ELECTION
**Ballot Status:** REJECTED
**Ballot Status Reason:** REGISTERED IN OTHER COUNTY

Voter View Mobile
Registration Information Polling Place Provisional Ballot Absentee Ballot

© Copyright 2018 ESSVR, LLC. All rights reserved.
® Voter View 3.3.1480.0