FILED
2018 Nov-09 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT R






# Provisional Ballot Search Information

## Voter Information

| | |
|---|---|
| **Name:** | TERRY ANTOINE MATTHEWS III |

## Ballot Detail

| | |
|---|---|
| **Election Date:** | 11/06/2018 |
| **Election Name:** | 2018 GENERAL ELECTION |
| **Ballot Status:** | REJECTED |
| **Ballot Status Reason:** | NOT REG AT TIME OF ELECTION |



© Copyright 2018 ESSVR, LLC. All rights reserved.
® Voter View 3.3.1480.0