FILED
2019 Jan-25 PM 12:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**HUNTSVILLE DIVISION**

| | | |
|---|---|---|
| JORDON JACKSON; KENDRA JONES; TERRY MATTHEWS III; and SIMEON SYKES, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No.: 5:18-cv-1855-MHH |
| MADISON COUNTY BOARD OF REGISTRARS; LYNDA HAIRSTON, in her official capacity as Chairman of the Madison County Board of Registrars; and, JOHN H. MERRILL, in his official capacity as Secretary of State, | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jordon Jackson, Kendra Jones, Terry Matthews III, and Simeon Sykes, through their undersigned counsel, hereby provide notice of the voluntary dismissal of this action without prejudice.

Dated: January 25, 2019

Respectfully submitted,

/s/ Catherine Meza
Catherine Meza*
Daniel S. Harawa*
Kerrel Murray*
**NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592
cmeza@naacpldf.org
dharawa@naacpldf.org
kmurray@naacpldf.org

Sam Spital*
**NAACP LEGAL DEFENSE &**
**EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, New York 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
sspital@naacpldf.org

Kerri Johnson Riley (asb 9641-e67k)
**KERRI JOHNSON RILEY, PC**
120 Holmes Avenue, Suite 403
Huntsville, AL 35801
Phone: (256) 535-0800
Fax: (256) 535-0834
kjr@kerrijohnsonriley.net

*Counsel for Plaintiffs*
**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that on January 25, 2019, I filed the foregoing Notice of Voluntary Dismissal electronically *via* the Court's CM/ECF system, which will send notification of the filing to all attorneys of record.

s/Catherine Meza
***Counsel for the Plaintiffs***