FILED
2019 Jan-28 AM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JORDAN JACKSON, et al.,** | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 5:18-cv-01855-MHH** |
| | } | |
| **LYNDA HARISTON, et al.,** | } | |
| **Defendants.** | } | |

# ORDER

The plaintiff in this action filed a Notice of Voluntary Dismissal on January 25, 2019. (Doc. 30). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." A Rule 41(a)(1)(A)(i) dismissal "is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." Here, no defendant has served an answer to plaintiff's complaint or a motion for summary judgment. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE.** The Court **DIRECTS** the clerk to please close the file.

**DONE** and **ORDERED** this January 28, 2019.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE